JOHN J. WHITE, Appellant, v. MARY WHITE, Respondent, and Others, Defendants. —Order granting motion of defendant, respondent, for judgment dismissing complaint, and granting defendant, respondent, judgment on her counterclaim, reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We are of opinion that the questions involving the Statute of Limitations and the Statute of Frauds should await determination after the facts are elicited upon a trial. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

In the Matter of the Application of ISAAC E. LAMBERT for Admission to the Bar. (From the State of Kansas.) — Application granted. Present — Kelly, P. J., Manning, Young, Lanzansky and Hagarty, JJ.

In the Matter of the Application of JOHN E. PALMER for Admission to the Bar. (From the State of Ohio.) — Application granted. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

In the Matter of the Application of SCOTT SANDERS for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

In the Matter of the Application of ALEXANDER STEIN for Admission to the Bar. (From the State of Indiana.) — Application granted. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

THOMAS AHEARN, Appellant, v. SAMUEL I. NOVICK, ABRAHAM H. LEVINSON and HERMAN LEVIN, Respondents, and 1026 CENTRAL AVENUE, INC., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

JOHN L. BROWN, Respondent, v. LUCY E. BROWN, Appellant.— Motion for stay granted on condition that the appeal be perfected and brought on for argument on Friday, February 18, 1927 (for which day the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Young and Lazansky, JJ.; Hagarty, J., taking no part.